## Henry C. Burnham v. Clinton Van Gelder.

*Practice in supreme court: Assignment of errors.* An assignment of errors is required where a *certiorari* from the circuit to a justice of the peace is brought up on writ of error.

*Heard and decided October 19.*

Error to Allegan Circuit.

Motion to dismiss for want of an assignment of errors. This writ of error was brought to review the proceedings of the court below on a *certiorari* from that court to a justice of the peace. No assignment of errors was filed, the counsel for plaintiff in error relying upon the assignment thereof in the affidavit for *certiorari* as sufficient.

*Stafford & Padgham* and *Hoyt Post,* for the motion.

*Jacob V. Rogers, contra.*

THE COURT held that an assignment of errors was essential.